AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| Maggie Russell<br><br>*Plaintiff(s)*<br>v.<br>Mississippi Gulf Coast Community College<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22cv86 TBM-RPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mississippi Gulf Coast Community College
51 Main Street
Perkinston, Mississippi  39573

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Keith Altman
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan  48331
(248) 987-8929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  4/11/22

*Signature of Clerk or Deputy Clerk*