FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Maggie Russell                              Plaintiff

v.                                                          CIVIL ACTION   1:22-cv-86
                                                            NO.

Mississippi Gulf Coast Community          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:              Keith Altman

      Firm Name:         Law Office of Keith Altman

      Office Address:    33228 West 12 Mile Road, Suite 375

      City:              Farmington Hills          State  MI        Zip  48331

      Telephone:         248-987-8929              Fax:

      E-Mail:            keithaltman@kaltmanlaw.com


(B)   Client(s):         Maggie Russell

      Address:           15390 Mimosa Drive

      City:              Gulfport                  State  MS        Zip  39503

      Telephone:                                   Fax:


The following information is optional:

1

Form 6 (ND/SD Miss. Dec. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:

☑     State of <u>Michigan</u>

☐     District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Michigan Supreme Court
Clerk's Office
925 W. Ottawa Street
Lansing, MI 48915
MSC_RollOfAttorneys@courts.mi.gov
[2:32 PM] Jill Fultz
https://www.courts.michigan.gov/courts/supreme-court/clerks-office/attorney-certification/

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of  Admission |
|---|---|
| California | since 8/25/2008 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|

(F)   Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders?        ○   ◉

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)      Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                    Style of Case

 

 

| | Yes | No |
|---|---|---|
| (I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ⦿ | ◯ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ⦿ | ◯ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    James R. Segars, III   103605

Firm Name:    Diaz Law Firm

Office Address:  208 Waterford Square, Suite 300

City: Madison          State: MS      Zip: 39110

Telephone: 601-607-3456          Fax:

Email address:  tripp@diazlawfirm.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
        Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                                    _____
                                                                    Resident Attorney

        I certify that the information provided in this Application is true and correct.

        May 4, 2022                                                 _____
        _____
             Date                                                   Applicant's Handwritten Signature

        Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
        Court must be enclosed with this Application.


                                CERTIFICATE OF SERVICE

        The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

        This the ___4th___ day of ___May___, 20_22_.

                                                                    _____
                                                                    Resident Attorney