UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL,                                                    PLAINTIFF

V.                                              CIVIL NO. 1:22-CV-86-TBM-RPM

MISSISSIPPI      GULF      COAST
COMMUNITY COLLEGE,                                                DEFENDANT

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The Court has considered the Motion to Appear *Pro Hac Vice* filed on behalf of plaintiff Maggie Russell ("plaintiff") as well as attorney Keith Altman ("Altman"). Doc. [3]. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Civil Rules of the United States District Court for the Southern District of Mississippi. *See* L.U.Civ.R. 83.1(d)(5).

**IT IS THEREFORE ORDERED** that the Motion to Appear *Pro Hac Vice* is hereby granted, and Altman shall be admitted to serve as counsel for the plaintiff. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

**SO ORDERED AND ADJUDGED**, this the 5th day of May 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE