IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                            PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY                         DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

---

### ENTRY OF APPEARANCE

---

        COMES NOW Kristi Rogers Brown, Esq., of the law firm of Daniel Coker Horton & Bell, P.A., and enters her appearance as counsel for Defendant, Mississippi Gulf Coast Community College, in the above-styled and numbered cause, and requests that copies of all correspondence and pleadings be provided to her.

        RESPECTFULLY SUBMITTED, this the 11th day of May, 2022.

                                              **MISSISSIPPI GULF COAST**
                                              **COMMUNITY COLLEGE,**
                                              **DEFENDANT**

                          BY:      */s/ Kristi Rogers Brown*
                                      OF COUNSEL

**CERTIFICATE OF SERVICE**

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Entry of Appearance* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

| | |
|---|---|
| Keith Altman, Esq. | James Russell Segars, III, Esq. |
| Law Office of Keith Altman | The Diaz Law Firm, PLLC |
| 33228 West 12 Mile Road, Suite 375 | 208 Waterford Square, Suite 300 |
| Farmington Hills, MI 48331 | Madison, MS 39110 |
| *keithaltman@kaltmanlaw.com* | *tripp@msattorneys.com* |

THIS, the 11th day of May, 2022.

*/s/ Kristi Rogers Brown*
OF COUNSEL

KRISTI R. BROWN - MS BAR #101989
*kbrown@danielcoker.com*
DANIEL COKER HORTON AND BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
TELEPHONE:  (228) 864-8117
FACSIMILE:   (228) 864-6331