IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
SOUTHERN DIVISION

**MAGGIE RUSSELL**                                                                                           **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO: 1:22-cv-00086-TBM-RPM**

**MISSISSIPPI GULF COAST**
**COMMUNITY COLLEGE through its**
**Board of Trustees (in their official and individual**
**Capacities) and DOES 1-20, inclusive,**                               **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW, HOLLIS T. HOLLEMAN, and enters his appearance as *Moeller*

Counsel and attorney of record for the Defendant, Mississippi Gulf Coast Community

College, in the above-styled and numbered cause.

RESPECTFULLY SUBMITTED, this the 11th day of July, 2022.

/s/ Hollis T. Holleman

HOLLIS T. HOLLLEMAN
MSB #105692
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
T: 228-863-3142
F: 228-863-9829
E: hollis@boyceholleman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other

paper with the Clerk of Court using the ECF System which sent notification of such filing to the

following:

| JAMES R. SEGARS, III | KEITH ALTMAN | KRISTI R. BROWN |
|---|---|---|
| MSB # 103605 | *Pro Hoc Vice* | MSB #101989 |
| 208 Waterford Square, Suite 300 | 33228 West 12 Mile Rd., Ste. 375 | P.O. Box 416 |
| Madison, MS 39110 | Farmington Hills, MI 48334 | Gulfport, MS 39502-0416 |
| T: 601-607-3456 | T: 248-987-8929 | T: 228-864-8117 |

SO CERTIFIED, this the 11th day of July, 2022.

/s/ Hollis T. Holleman