IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                                              PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY                                             DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

## MISSISSIPPI GULF COAST COMMUNITY COLLEGE'S NOTICE OF SERVICE OF INITIAL DISCLOURES

TO: ALL COUNSEL OF RECORD

Notice is hereby given that Defendant, Mississippi Gulf Coast Community College, has this date served in the above-entitled action:

1. *Defendant Mississippi Gulf Coast Community College's Initial Disclosures.*

The undersigned retains the original of the above discovery pleading as custodian thereof pursuant to the local rules, and copies are being forwarded to all counsel of record with a copy of this Notice.

DATED: September 26, 2022.

                                             Respectfully submitted,

                                             MISSISSIPPI GULF COAST COMMUNITY

                                             BY:   *S/ Kristi Rogers Brown*
                                                      OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following Defendant Mississippi Gulf Coast Community College's Initial Disclosures to all counsel of record.

Further, that I have this date emailed a copy of the Defendant Mississippi Gulf Coast Community College's Initial Disclosure to all counsel of record.

BY:   *S/ Kristi Rogers Brown*
         OF COUNSEL

KRISTI ROGERS BROWN - MS BAR NO. 101989
*kbrown@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502-0416
TELEPHONE:  228-864-8117
FACSIMILE:   228-864-6331
*ATTORNEY FOR DEFENDANT*