IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL,

*Plaintiff,*

v.

MISSISSIPPI GULF COAST
COMMUNITY COLLEGE through its
Board of Trustees, et al.,

*Defendants.*

Case No. 1:22-cv-00086-TBM-RPM

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

**TO:  All Counsel of Record**

Notice is hereby given that, on the date entered below, Plaintiff served upon Defendant Mississippi Gulf Coast Community College the following discovery requests:

1. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT MISSISSIPPI GULF COAST COMMUNITY COLLEGE

2. PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MISSISSIPPI GULF COAST COMMUNITY COLLEGE

Respectfully submitted, this the 19th day of October 2022.

/s/ *Keith Altman*
Keith Altman, Esq.
Attorney for Plaintiff

Keith Altman, Esq. (*pro hac vice*)
Law Office of Keith Altman

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

James Russell Segars, III, Esq. (MSB # 103605)
The Diaz Law Firm, PLLC
208 Waterford Square, Suite 300
Madison, MS 39110
Telephone: (601) 607-3456
tripp@diazlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Keith Altman, do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record as listed in the Service List in effect on the date of electronic filing. Additionally, I certify that I have emailed the discovery requests to counsel of record.

SO CERTIFIED, this 19th day of October 2022.

*/s/ Keith Altman*
Keith Altman, Esq.