IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                             PLAINTIFF

VS.                                                  CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY                       DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

## NOTICE OF SERVICE

Notice is hereby given that Defendant Mississippi Gulf Coast Community College, by and through its attorneys of record, has this date served in the above-entitled action:

1. *Defendant Mississippi Gulf Coast Community College's First Set of Requests for Production of Documents Propounded to Plaintiff.*

The undersigned retains the original of the above discovery pleading as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED, this the 2nd day of November, 2022.

                                             **MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

                                             BY:    */s/ Kristi Rogers Brown*
                                                        OF COUNSEL

{D2014284.1}

## CERTIFICATE OF SERVICE

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

| | |
|---|---|
| Keith Altman, Esq. | James Russell Segars, III, Esq. |
| Law Office of Keith Altman | The Diaz Law Firm, PLLC |
| 33228 West 12 Mile Road, Suite 375 | 208 Waterford Square, Suite 300 |
| Farmington Hills, MI 48331 | Madison, MS 39110 |
| keithaltman@kaltmanlaw.com | tripp@msattorneys.com |

THIS, the 2nd day of November, 2022.

/s/ *Kristi Rogers Brown*
OF COUNSEL


KRISTI ROGERS BROWN, MS BAR #101989
kbrown@danielcoker.com
C. HUNTER SALAMONE, MS BAR #106514
hsalamone@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331

{D2014284.1}