IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL     PLAINTIFF

VS.     CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY     DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

___

## NOTICE OF SERVICE
___

Notice is hereby given that Defendant Mississippi Gulf Coast Community College, by and through its attorneys of record, has this date served in the above-entitled action:

1. *Defendant Mississippi Gulf Coast Community College's Responses to Plaintiff's First Set of Requests for Production of Documents.*

The undersigned retains the original of the above discovery pleading as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED, this the 23rd day of January, 2023.

        **MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

        BY:    */s/ Kristi Rogers Brown*
                 OF COUNSEL

{D2047399.1}

## CERTIFICATE OF SERVICE

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

Keith Altman, Esq.  
Law Office of Keith Altman  
33228 West 12 Mile Road, Suite 375  
Farmington Hills, MI 48331  
keithaltman@kaltmanlaw.com

James Russell Segars, III, Esq.  
The Diaz Law Firm, PLLC  
208 Waterford Square, Suite 300  
Madison, MS 39110  
tripp@msattorneys.com

THIS, the 23rd day of January, 2023.

*/s/ Kristi Rogers Brown*  
OF COUNSEL

KRISTI ROGERS BROWN, MS BAR #101989  
kbrown@danielcoker.com  
C. HUNTER SALAMONE, MS BAR #106514  
hsalamone@danielcoker.com  
DANIEL COKER HORTON & BELL, P.A.  
1712 15TH STREET, SUITE 400  
POST OFFICE BOX 416  
GULFPORT, MISSISSIPPI 39502  
TELEPHONE: (228) 864-8117  
FACSIMILE: (228) 864-6331

{D2047399.1}