IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                                                     PLAINTIFF

VS.                                                                                     1:22-CV-00086-TMB-RPM

MISSISSIPPI GULF COAST COMMUNITY
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive                                                                              DEFENDANTS

_____

# NOTICE OF SERVICE
_____

Notice is hereby given that Defendant, Mississippi Gulf Coast Community College, by and through its attorneys of record, has this date served in the above-entitled action:

1. Defendant Mississippi Gulf Coast Community College's Designation of Expert Witnesses

The undersigned retains the original of the above discovery pleading as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED, this the 13th day of February 2023.

                                                    **MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

                                                  BY:     *S/Kristi Rogers Brown*
                                                            OF COUNSEL

**CERTIFICATE OF SERVICE**

  I, the undersigned counsel, of counsel for Defendant, Mississippi Gulf Coast Community College., do hereby certify that on this date, I electronically filed the foregoing Notice of Defendant's Designation of Experts with the Clerk of the Court using the ECF system, which sent notification of this filing to all counsel of record.

  THIS, the 13th day of February 2023.

              BY: *S/Kristi Rogers Brown*
                 OF COUNSEL

KRISTI ROGERS BROWN - MS BAR NO. 101989
kbrown@danielcoker.com
C. HUNTER SALAMONE- MS BAR NO. 106514
hsalamone@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502-0416
TELEPHONE:  228-864-8117
FACSIMILE:  228-864-6331
ATTORNEYS FOR DEFENDANT