IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                    PLAINTIFF

VS.                                                    1:22-CV-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive                                             DEFENDANTS

_____

## NOTICE OF DEPOSITION
_____

Notice is hereby given that Defendant, Mississippi Gulf Coast Community College, will take the oral Deposition of Susan Russell, on Wednesday, March 29, 2023, at 12:30 p.m. at the office of Daniel Coker Horton & Bell, P.A., located at 1712 15th Street, Suite 400, Gulfport, Mississippi 39501, and will continue from day to day until completed.

You are invited to attend and take such part as you deem necessary.

RESPECTFULLY SUBMITTED, this the 7th day of March, 2023.

**MISSISSIPPI GULF COAST
COMMUNITY COLLEGE,
DEFENDANT**

BY:    */s/ /Kristi Rogers Brown*
          OF COUNSEL

1

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Notice of Deposition* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

Keith Altman, Esq.                              James Russell Segars, III, Esq.
Law Office of Keith Altman                      The Diaz Law Firm, PLLC
33228 West 12 Mile Road, Suite 375              208 Waterford Square, Suite 300
Farmington Hills, MI 48331                      Madison, MS 39110
*keithaltman@kaltmanlaw.com*                    *tripp@msattorneys.com*

Hollis Taylor Holleman
Boyce Holleman and Associates, P.A.
1720 23rd Avenue
Gulfport, MS 39501
*hollis@boyceholleman.com*

THIS, the 7th day of March, 2023.

BY:    */s/ /Kristi Rogers Brown*
       OF COUNSEL

KRISTI ROGERS BROWN - MS BAR NO. 101989
*kbrown@danielcoker.com*
C. HUNTER SALAMONE- MS BAR NO. 106514
*hsalamone@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502-0416
TELEPHONE:  228-864-8117
FACSIMILE:   228-864-6331