IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL  PLAINTIFF

VS.  1:22-CV-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive  DEFENDANTS

_____

## AMENDED NOTICE OF DEPOSITION
_____

Notice is hereby given that Defendant, Mississippi Gulf Coast Community College, will take the oral Deposition of Plaintiff Maggie Russell, on Wednesday, March 29, 2023, at 10:30 a.m. at the office of Boyce Holleman & Associates, located at 1720 23rd, Avenue/Boyce Holleman Blvd., Gulfport, Mississippi 39501, and will continue from day to day until completed.

You are invited to attend and take such part as you deem necessary.

RESPECTFULLY SUBMITTED, this the 13th day of March, 2023.

                                                     **MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

                                                     BY:   */s/ /Kristi Rogers Brown*
                                                             OF COUNSEL

## CERTIFICATE OF SERVICE

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Amended Notice of Deposition* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
keithaltman@kaltmanlaw.com

James Russell Segars, III, Esq.
The Diaz Law Firm, PLLC
208 Waterford Square, Suite 300
Madison, MS 39110
tripp@msattorneys.com

Hollis Taylor Holleman
Boyce Holleman and Associates, P.A.
1720 23rd Avenue
Gulfport, MS 39501
hollis@boyceholleman.com

THIS, the 13th day of March, 2023.

BY:   */s/ /Kristi Rogers Brown*
      OF COUNSEL

KRISTI ROGERS BROWN - MS BAR NO. 101989
kbrown@danielcoker.com
C. HUNTER SALAMONE- MS BAR NO. 106514
hsalamone@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502-0416
TELEPHONE:  228-864-8117
FACSIMILE:   228-864-6331