IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY                                                  DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

_____

**NOTICE OF SERVICE**
_____

Notice is hereby given that Defendant Mississippi Gulf Coast Community College, by and through its attorneys of record, has this date served in the above-entitled action:

1.   *Defendant Mississippi Gulf Coast Community College's First Supplemental Responses to Plaintiff's First Set of Interrogatories.*

The undersigned retains the original of the above discovery pleading as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED, this the 3rd day of April, 2023.

                              **MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

                              BY:   */s/ Kristi Rogers Brown*
                                      OF COUNSEL

## CERTIFICATE OF SERVICE

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

| | |
|---|---|
| Keith Altman, Esq.<br>Law Office of Keith Altman<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48331<br>*keithaltman@kaltmanlaw.com* | James Russell Segars, III, Esq.<br>The Diaz Law Firm, PLLC<br>208 Waterford Square, Suite 300<br>Madison, MS 39110<br>*tripp@msattorneys.com* |

Hollis Taylor Holleman
Boyce Holleman and Associates, P.A.
1720 23rd Avenue
Gulfport, MS 39501
*hollis@boyceholleman.com*

THIS, the 3rd day of April, 2023.

*/s/ Kristi Rogers Brown*
OF COUNSEL

KRISTI ROGERS BROWN, MS BAR #101989
*kbrown@danielcoker.com*
C. HUNTER SALAMONE, MS BAR #106514
*hsalamone@danielcoker.com*
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MISSISSIPPI 39502
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331

{D2079676.1}