IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MAGGIE RUSSELL                                                                 PLAINTIFF

VS.                                             CIVIL ACTION NO. 1:22-cv-00086-TBM-RPM

MISSISSIPPI GULF COAST COMMUNITY                   DEFENDANTS
COLLEGE through its Board of Trustees
(in their official and individual capacities) and
DOES 1-20; inclusive

**UNOPPOSED MOTION TO EXTEND DEADLINE**

COMES NOW Defendant, Mississippi Gulf Coast Community, by and through counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully files this Unopposed Motion to the Extend the Dispositive Motion Deadline, and would show unto the court the following, to-wit:

1.

Plaintiff filed the instant action on April 11, 2022, asserting claims pursuant to Title II of the Americans with Disabilities Act of 1990 and §504 of the Rehabilitation Act of 1973. [1]. Defendant Mississippi Gulf Coast Community College filed its answer on June 27, 2022. [7].

2.

On September 19, 2019, a Case Management Conference was held, and a Case Management Order entered by Judge Robert P. Meyers Jr. [11] Pursuant to the Case Management Order the Discovery Deadline was March 8, 2023; the Plaintiff's expert witness disclosure deadline was December 1, 2022; the Defendant's expert witness disclosure deadline was January 4, 2023; and the Motion Deadline was March 23, 2023.

3.

On December 1, 2022, the Defendant filed an Unopposed Motion to Extend Deadlines which extended the discovery deadline until April 1, 2023; the Plaintiff's expert witness deadline until January 6, 2023; the Defendant's expert witness deadline until February 6, 2023; and the Motion Deadline until April 22, 2023. *See* [17]. On December 2, 2022, the court entered a text only order granting the Defendant's Unopposed Motion to Extend Deadlines. *See* [18].

3.

The Depositions of the parties were completed on March 29, 2023. The transcripts for those depositions were received on April 20 and 21, 2023.

4.

*Moeller* counsel for the Defendant, Hollis Holleman, Esquire was recently involved in a motor vehicle accident; and has advised that his son is scheduled to have surgery on April 24, 2023.

5.

For these reasons the Defendant respectfully requests until Friday, April 28, 2023, to file its Motion for Summary Judgment.

6.

Defendant has conferred with counsel for the Plaintiff and this motion is unopposed to by the Plaintiff.

7.

That this motion is not being filed for purposes of harassment or delay. Defendant and submits that this time is needed to finalize the Motion for Summary Judgment and allow Moeller counsel time to review and consent to the filing.

8.

Due to the nature of this motion, Defendants request that the necessity for a separate memorandum of authorities be waived.

RESPECTFULLY SUBMITTED, this the 24th day of April, 2023.

**MISSISSIPPI GULF COAST COMMUNITY COLLEGE, DEFENDANT**

BY: */s/ Kristi Rogers Brown*
     OF COUNSEL

## **CERTIFICATE OF SERVICE**

I, the undersigned, of counsel for Defendant, do hereby certify that on this day, I electronically filed the foregoing *Unopposed Motion to Extend Deadline* with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record:

| | |
|---|---|
| Keith Altman, Esq. | James Russell Segars, III, Esq. |
| Law Office of Keith Altman | The Diaz Law Firm, PLLC |
| 33228 West 12 Mile Road, Suite 375 | 208 Waterford Square, Suite 300 |
| Farmington Hills, MI 48331 | Madison, MS 39110 |
| keithaltman@kaltmanlaw.com | tripp@msattorneys.com |

.

THIS the 24th day of April, 2023.

*/s/ Kristi Rogers Brown*
OF COUNSEL

Prepared By:

KRISTI ROGERS BROWN - MS BAR #101989
kbrown@danielcoker.com
C. HUNTER SALAMONE- MS BAR #106514
hsalamone@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331