88

Biloxi Junior High 10-11  
1424 Father Ryan Ave  
Biloxi, MS 39530  
228-435-1421

Grade Report for 2010-2011 Academic Year  
Date Run: 5/20/11  10:22AM

To the Guardian of:  
Russell, Maggie Susan  
2304 Oakwood Drive  
Biloxi, MS 39531

Grade: 08  
HR: 215  Lee, Paula A.  
Counselor: Jackson, Margaret  
GP Abs: 2.0 Tdy: 0

**Student Promoted**

| Course | | Pd | Teacher(s) | 1ST | | 2ND | | SM1 | | 3RD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 252.12 | Computer Discovery | 8 | Grantham, B. | 88 | B | 90 | A | 89 | B | 93 | A |
| 230104.24 | English 8th | 7 | Jenkins, S. | 92 | A | 82 | B | 87 | B | 83 | B |
| 270395.05 | Pre Algebra 8th | 1 | Lee, P. | 80 | B | 72 | D | 76 | C | 75 | C |
| 409909.23 | Science 8th | 6 | Shoemake, S. | 92 | A | 76 | C | 84 | B | 80 | B |
| 450804.16 | US History 8th | 4 | King, C. | 92 | A | 92 | A | 92 | A | 93 | A |
| 500977.01 | Strings Beg. 8th | 3 | Gomes, A. | 96 | A | 94 | A | 95 | A | 90 | A |

Grading Period: 4 4th Nine Weeks/Sem 2

| Course | | Pd | Teacher(s) | 4TH | | SM2 | | FIN | |
|---|---|---|---|---|---|---|---|---|---|
| 252.12 | Computer Discovery | 8 | Grantham, B. | 81 | B | 87 | B | 88 | B |
| | Comment: Have A Great Summer ! | | | | | | | | |
| 230104.24 | English 8th | 7 | Jenkins, S. | 83 | B | 83 | B | 85 | B |
| | Comment: Have A Great Summer ! | | | | | | | | |
| 270395.05 | Pre Algebra 8th | 1 | Lee, P. | 71 | D | 73 | D | 75 | C |
| 409909.23 | Science 8th | 6 | Shoemake, S. | 75 | C | 78 | C | 81 | B |
| | Comment: Have A Great Summer ! | | | | | | | | |
| 450804.16 | US History 8th | 4 | King, C. | 90 | A | 92 | A | 92 | A |
| | Comment: A Pleasure To Teach | | | | | | | | |
| 500977.01 | Strings Beg. 8th | 3 | Gomes, A. | 95 | A | 93 | A | 94 | A |

**Announcements**  
Registration for all students planning to attend Biloxi Schools will be July 20-21 from 8 a.m. to 3 p.m. at the school the student will attend. Two proofs of residency will be required at registration.

Have a Great Summer.

**Scale**  
A=100 to 90 B=89 to 80 C=79 to 75 D=74 to 70  
F=69 to 0 I=0 to 0


EXHIBIT "2"

Russell 0002

**Report Card**

## Biloxi High School

1845 Richard Drive
Biloxi, MS 39532
Phone: (228) 435-6105

School Year: 2012 - 2013
Grading Period(s): 1, 2, 3, 4
Homeroom Teacher: Baucum, Jeanette
Grade Level: 10

To the parents/guardians of:

Maggie Russell
2320 Oakwood Drive
Biloxi, MS 39531

|  | 1 | 2 | | 3 | 4 | | |
|---|---|---|---|---|---|---|---|
|  | Q1 | Q2 | S1 | Q3 | Q4 | S2 | FIN |
| Biology I - 260131.01 - - Baucum | B 86 | B 80 | B 83 | B 84 | B 88 | B 86 | B 85 |
| Learn Strat - 132102.04 - - Harrold | B 81 | B 83 | B 82 | B 85 | B 85 | B 85 | B 84 |
| Alg I - 270404.14 - - Pickard | B 80 | C 73 | C 77 | C 71 | C 74 | C 73 | C 75 |
| Wld Hist - 450835.14 - - Burdine | B 89 | B 88 | B 89 | A 94 | B 89 | A 92 | A 91 |
| Art-Survey - 500110.03 - - McCormick | B 88 | A 98 | A 93 | | | | |
| Hlth - 340133.08 - - Stewart | | | | A 95 | A 90 | A 93 | A 93 |
| Eng II - 230110.19 - - Chamblee | C 79 | C 76 | C 78 | C 77 | B 80 | C 79 | C 79 |
| WPgDes I - 110196.08 - - Campbell | A 90 | A 92 | A 91 | | | | |
| WPgDes II - 70324.03 - - Campbell | | | | A 92 | A 100 | A 96 | A 96 |

| GPA/Credits/Rank | Gr Per | Year | Cum |
|---|---|---|---|
| Unweighted GPA | 86.143 | 85.129 | 85.219 |
| Weighted GPA | 86.143 | 85.429 | 85.219 |
| Unweighted Quality Points | 150.750 | 299.000 | 1363.500 |
| Weighted Quality Points | 150.750 | 299.000 | 1363.500 |
| Graduation Credit | 1.750 | 3.500 | 16.000 |
| Unweighted GPA Credit | 1.750 | 3.500 | 16.000 |
| Weighted GPA Credit | 1.750 | 3.500 | 16.000 |
| Cumulative Class Rank | | | 181 of 388 |

**92**

Report Card

## Biloxi High

1845 Richard Drive
Biloxi, MS 39532
Phone: (228) 435-6105

School Year: 2014 - 2015
Grading Period(s): 1, 2, 3
Homeroom Teacher: Molsbee, Randall
Grade Level: 12

To the parents/guardians of:
Maggie Russell
2320 Oakwood Drive
Biloxi, MS 39531

|  | Q1 | Q2 | S1 | Q3 |
|---|---|---|---|---|
| Marine Sci - 260625.01 - - Molsbee | B 89 | C 78 | B 84 |  |
| US Govt - 451004.02 - - Roessing |  |  |  | B 86 |
| Sociology - 451121.01 - - Holiday | B 84 | A 90 | B 87 |  |
| Astronomy - 400211.03 - - Molsbee |  |  |  | B 80 |
| Graph DsgnI - 070333.03 - - Campbell | A 95 | A 95 | A 95 |  |
| Hunt/Boat Ed - 341081.02 - - Shannon |  |  |  | A 98 |
| Eng IV - 230116.02 - - Hollis-Gines | A 91 | A 94 | A 93 | B 84 |
| Learn Strat - 132102.08 - - Barnes | A 93 | A 91 | A 92 | B 88 |
| Psychology - 420111.01 - - Campbell | A 96 | A 95 | A 96 |  |
| Per Finance - 070128.04 - - Deere |  |  |  | B 80 |
| Alg II - 270405.12 - - Robins | A 92 | C 77 | B 85 | B 83 |