



## Disability Accommodation Renewal Form

Semester: Fall 2018

Student Name: Maggie Russell

Email Address: Maggierussell@cableone.net

Gulf Coast ID Number ("M" number): M10412165

New Telephone Number: 228-331-0475

New Address: _____ City _____ State _____ Zip _____

Accommodations requested: study Testing in a new room, Counselor reading out loud to me, More time, calculator/note taker, preferential seating — sit up front, Tape recorder (optional), Ms. McGehee is my test proctor

Student Signature: Maggie Russell

Date: 8/17/18

am 8/17/18

Mississippi Gulf Coast Community College is an Equal Opportunity Employer and welcomes students and employees without regard to race, color, religion, national origin, sex, age or qualified disability. For further information, contact the Equal Opportunity Officer at a Mississippi Gulf Coast Community College Center, Campus, or the Central Office. Compliance is coordinated by the Vice President for Administration and Finance, Perkinston Campus, P.O. Box 609, Perkinston, Mississippi 39573, telephone number 601-928-5211.