96

Page: 1

Record of: Maggie Susan Russell
Current Name: Maggie Susan Russell

Issued To: MAGGIE RUSSELL
13128 TRAILWOOD DR
GULFPORT, MS 39503-2576

Date Issued: 10-JUL-2019
Date of Birth: 09-JUL-1997
Student ID: M10412165
Level: Undergraduate

Course Level: Undergraduate

Current Program
Major : Art

| SUBJ | NO. | C | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|---|---|

INSTITUTION CREDIT:

**Fall 2015**
| ART | 1813 | 3 | Drawing I-Hybrid | 3.00 A | 12.00 |
| CSC | 1123 | 3 | Computer Applications I | 3.00 A | 12.00 |
| ENG | 0124 | 3 | Intermediate English & Reading | 4.00 B | 12.00 |
| HPR | 1213 | 3 | Pers/Com Health I - Hybrid | 3.00 A | 12.00 |

Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 48.00 GPA: 3.69
Vice President's List
Good Standing

**Spring 2016**
| ART | 1123 | 3 | Art Appreciation-Hybrid | 3.00 A | 12.00 |
| ART | 1823 | 3 | Drawing II | 3.00 A | 12.00 |
| HIS | 1163 | 3 | World Civilization I | 3.00 B | 9.00 |
| SOC | 2113 | 3 | Intro to Sociology | 3.00 A | 12.00 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 45.00 GPA: 3.75
Vice President's List
Good Standing

**Summer 2016**
| PHY | 1114 | 4 | Astronomy I | 4.00 A | 16.00 |
| SPT | 1113 | 3 | Public Speaking I | 3.00 B | 9.00 |

Ehrs: 7.00 GPA-Hrs: 7.00 QPts: 25.00 GPA: 3.57
Good Standing

**Fall 2016**
| ART | 1513 | 3 | Computer Art - Hybrid | 3.00 A | 12.00 |
| ART | 2513 | 3 | Painting I - Hybrid | 3.00 A | 12.00 |
| ART | 2613 | 3 | Ceramics I | 3.00 A | 12.00 |
| BOT | 1233 | 3 | Microsoft Word I | 3.00 B | 9.00 |

************* CONTINUED ON NEXT COLUMN *************

Institution Information continued:
Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 45.00 GPA: 3.75
Vice President's List
Good Standing

**Spring 2017**
| ART | 2523 | 3 | Painting II - Hybrid | 3.00 A | 12.00 |
| ART | 2623 | 3 | Ceramics II | 3.00 A | 12.00 |
| HIS | 1173 | 3 | World Civilizations II | 3.00 B | 9.00 |
| MAT | 0123 | 3 | Beginning Algebra | 3.00 C | 6.00 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 39.00 GPA: 3.25
Good Standing

**Fall 2017**
| ART | 1433 | 3 | Design I-Hybrid | 3.00 A | 12.00 |
| ART | 1913 | 3 | Art for Elementary Teachers | 3.00 A | 12.00 |
| MAT | 1233 | 3 | Intermediate Algebra- Lecture | 0.00 WP | 0.00 |
| PSY | 1513 | 3 | General Psychology OCT-Sub | 3.00 B | 9.00 |

Ehrs: 9.00 GPA-Hrs: 9.00 QPts: 33.00 GPA: 3.66
Good Standing

**Spring 2018**
| ART | 1443 | 3 | Design II | 3.00 A | 12.00 |
| ART | 2723 | 3 | Art History II | 3.00 A | 12.00 |
| ENG | 1114 | 3 | English Comp I | 4.00 A | 16.00 |
| ENG | 2133 | 4 | Creative Writing I | 3.00 A | 12.00 |

Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 52.00 GPA: 4.00
President's List
Good Standing

**Fall 2018**
| ART | 2713 | 3 | Art History I | 3.00 B | 9.00 |
| ENG | 1123 | 3 | English Composition II-Hybrid | 3.00 B | 9.00 |
| INT | 1433 | 3 | Web Dev Using HTML & CSS | 0.00 W | 0.00 |
| PHI | 2613 | 3 | World Religions I | 3.00 B | 9.00 |
| PHY | 2244 | 4 | Physical Science Survey I | 4.00 B | 12.00 |

Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 39.00 GPA: 3.00
Good Standing

************* CONTINUED ON PAGE 2 *************

**Mississippi Gulf Coast Community College**
Official Record
RAISED SEAL NOT REQUIRED

Dr. Mary S. Graham, President

TRANSLUCENT GLOBE ICONS MUST BE VISIBLE FROM BOTH SIDES OF TRANSCRIPT WHEN HELD TO A LIGHT SOURCE

The name of the college is printed in white across the face of the transcript. The name of the college and the word "COPY" appear as a latent image. Copies and transcripts issued to the student should not be accepted as an official institutional document. DO NOT RELEASE TO A THIRD PARTY


EXHIBIT "5"

Russell 0032

## MISSISSIPPI GULF COAST COMMUNITY COLLEGE

**GRADES**

Grades are based upon proficiency attained by the student demonstrated primarily by the quality of work done in the classroom. Letter grades used and their meaning are as follows:

| Grade | Definition | Quality Points Per Credit |
|---|---|---|
| A | Superior | 4 |
| B | Above average | 3 |
| C | Average | 2 |
| D | Below average achievement | 1 |
| F | Failure | 0 |
| I | Incomplete | 0 |
| IP | In Progress | 0 |
| AU | Audit | 0 |
| W | Withdrawal - Student officially withdrew | 0 |
| WP | Withdrawal Passing - Student dropped by instructor for noncompliance with the | 0 |
| WF | Withdrawal Failing - Student dropped by instructor for noncompliance with the | 0 |
| P | Pass | 0 |

In the "R" column, an "E" means the grade was excluded from the calculation of GPA. An "I" indicates the grade was included.
Students are academically eligible for readmission unless otherwise stated. Students on academic suspension for the first time must remain out of school for one full-term or meet the criteria for reinstatement through appeal. Students on subsequent academic suspensions must remain out of school for at minimum two full-terms or meet the criteria for reinstatement through appeal.

**ACCREDITATION**
Mississippi Gulf Coast Community College is accredited by the Mississippi Commission on College Accreditation and by the Southern Association of Colleges and Schools Commission on Colleges to award Associate of Arts degrees, Associate of Science degrees, Associate of Applied Science degrees, Associate of Applied Science in Occupational Education degrees, certificates, and diplomas. Contact the Southern Association of Colleges and Schools Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Mississippi Gulf Coast Community College.
The following programs hold specialized professional accreditation:
**AMERICAN CULINARY FEDERATION EDUCATION FOUNDATION ACCREDITING COMMISSION (ACFEFAC)** - American Culinary Federation, 180 Center Place Way, St. Augustine, FL 32095, Telephone number 904-824-4468, Website www.acfchefs.org.
**ASSOCIATE DEGREE NURSING** — Mississippi Board of Trustees of State Institutions of Higher Learning, 3825 Ridgewood Road, Jackson, MS 39211 (601-432-6486) and nationally accredited by the Accreditation Commission for Education in Nursing (ACEN), 3343 Peachtree Road NE, Suite 850, Atlanta, GA 30326, Telephone number 404-975-5000.
**EMS-PARAMEDIC** — (CAAHEP) Commission on Allied Health Programs and the Committee on Accreditation of Educational Programs for the EMS Professions (CoAEMSP), 8301 Lakeview Pkwy, Suite 111-312 Rowlett, Texas 75088, Telephone number 214-703-8445.
**MEDICAL ASSISTING** – Medical Assisting Education Review Board, 20 N. Wacker Drive, Suite 1575, Chicago, IL 60606, Telephone Number 800-228-2262, Website www.maerb.org.
**MEDICAL LABORATORY TECHNOLOGY** – (NAACLS) National Accrediting Agency for Clinical Laboratory Sciences, 5600 N River Road, Suite 720, Rosemont, IL 60018-5119, Telephone number 773-714-8880.
**PRACTICAL NURSING** — Mississippi Department of Education/Mississippi Community College Board (MCCB), 3825 Ridgewood Road, Jackson, MS 39211 (601-432-6518) and nationally accredited by the Accreditation Commission for Education in Nursing (ACEN), 3343 Peachtree Road NE, Suite 850, Atlanta, GA 30326, Telephone number 404-975-5000.
**PROCESS OPERATIONS TECHNOLOGY** – (NAPTA) North America Process Technology Alliance, 1501 N. Amburn Road, Suite 3, Texas City, TX 77591, Telephone number 903-237-0382, Website www.naptaonline.org.
**RADIOLOGIC TECHNOLOGY** — The Joint Review Committee on Education in Radiological Technology, 20 North Wacker Drive, Suite 2850, Chicago, IL 60606-3182, Telephone number 312-704-5300.
**RESPIRATORY CARE TECHNOLOGY** – (CoARC) Commission on Accreditation for Respiratory Care. P.O. Box 54876, Hurst, TX 76054-4876, Telephone number 817-283-2835, Website www.coarc.com.
**SURGICAL TECHNOLOGY** – (CAAHEP) Commission on Accreditation of Allied Health Education Programs, 1361 Park Street, Clearwater, FL 33756, Telephone number 727-210-2350 and the Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA), 6 West Dry Creek, Suite 110, Littleton, CO 80120, Telephone number 303-694-9262.

**COMPLIANCE POLICY**
Mississippi Gulf Coast Community College is an Equal Opportunity Employer and welcomes students and employees without regard to race, religion, color, national origin, sex, age or qualified disability in its programs and activities. For further information, contact the Equal Employment Opportunity Officer at a Mississippi Gulf Coast Community College Campus, Center or the District Office. Compliance is coordinated by the Associate Vice President of Administration, P.O. Box 609, Perkinston, Mississippi 39573, telephone number 601-928-6472, email address compliance@mgccc.edu.

**RELEASE OF INFORMATION**
In accordance with the Family Educational Rights and Privacy Act of 1974, as amended, this information is released on the condition that no other party will be permitted access to this information without written consent of the student.

### Mississippi Gulf Coast Community College is a multi-campus institution

| JEFFERSON DAVIS CAMPUS | JACKSON COUNTY CAMPUS | PERKINSTON CAMPUS | COMMUNITY CAMPUS/ADVANCED MANUFACTURING & TECHNOLOGY CENTER | HARLEY REEVES BARBOUR MARITIME TRAINING ACADEMY |
|---|---|---|---|---|
| 2226 Switzer Road | 2300 US-90 | 51 Main Street | 10298 Express Drive | 1000 Jerry Saint Pe' Highway |
| Gulfport, MS 39507 | Gautier, MS 39553 | Perkinston, MS 39573 | Gulfport, MS 39503 | Pascagoula, MS 39565 |
| 228-896-2500 | 228-497-9221 | 601-928-6333 | 228-897-4360 | 228-354-0467 |
| GEORGE COUNTY CENTER | WEST HARRISON COUNTY CENTER | KEESLER CENTER | NAVAL CONSTRUCTION BATTALION CENTER | BRYANT CENTER AT TRADITION |
| 11278 Old Hwy 63 | 21501 B Street | P.O. Box 5626 | Building 60, Room 227 | 19330 Highway 67 |
| Lucedale, MS 39452 | Long Beach, MS 39560 | Keesler AFB, MS 39534 | Gulfport, MS 39501 | Biloxi, MS 39532 |
| 601-947-4200 | 228-silver | 228-432-7198 | 228-865-0673 | 228-267-8636 |

TO TEST FOR AUTHENTICITY. Transcript globe icons MUST be visible from both sides when held up to a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in screen type across the face of the entire document. The institutional name and the word COPY appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!
SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

Russell 0033

## MISSISSIPPI GULF COAST COMMUNITY COLLEGE

**GRADES**

Grades are based upon proficiency attained by the student demonstrated primarily by the quality of work done in the classroom. Letter grades used and their meaning are as follows:

| Grade | Definition | Quality Points Per Credit |
|---|---|---|
| A | Superior | 4 |
| B | Above average | 3 |
| C | Average | 2 |
| D | Below average achievement | 1 |
| F | Failure | 0 |
| I | Incomplete | 0 |
| IP | In Progress | 0 |
| AU | Audit | 0 |
| W | Withdrawal - Student officially withdrew | 0 |
| WP | Withdrawal Passing - Student dropped by instructor for noncompliance with the | 0 |
| WF | Withdrawal Failing - Student dropped by instructor for noncompliance with the | 0 |
| P | Pass | |

In the "R" column, an "E" means the grade was excluded from the calculation of GPA. An "I" indicates the grade was included. Students are academically eligible for readmission unless otherwise stated. Students on academic suspension for the first time must remain out of school for one full-term or meet the criteria for reinstatement through appeal. Students on subsequent academic suspensions must remain out of school for at minimum two full-terms or meet the criteria for reinstatement through appeal.

**ACCREDITATION**

Mississippi Gulf Coast Community College is accredited by the Mississippi Commission on College Accreditation and by the Southern Association of Colleges and Schools Commission on Colleges to award Associate of Arts degrees, Associate of Science degrees, Associate of Applied Science degrees, Associate of Applied Science in Occupational Education degrees, certificates, and diplomas. Contact the Southern Association of Colleges and Schools Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Mississippi Gulf Coast Community College.

The following programs hold specialized professional accreditation:

**AMERICAN CULINARY FEDERATION EDUCATION FOUNDATION ACCREDITING COMMISSION (ACFEFAC)** - American Culinary Federation, 180 Center Place Way, St. Augustine, FL 32095, Telephone number 904-824-4468. Website www.acfchefs.org.

**ASSOCIATE DEGREE NURSING** — Mississippi Board of Trustees of State Institutions of Higher Learning, 3825 Ridgewood Road, Jackson, MS 39211 (601-432-6486) and nationally accredited by the Accreditation Commission for Education in Nursing (ACEN), 3343 Peachtree Road NE, Suite 850, Atlanta, GA 30326, Telephone number 404-975-5000.

**EMS-PARAMEDIC** — (CAAHEP) Commission of Allied Health Programs and the Committee on Accreditation of Educational Programs for the EMS Professions (CoAEMSP), 8301 Lakeview Pkwy, Suite 111-312 Rowlett, Texas 75088, Telephone number 214-703-8445.

**MEDICAL ASSISTING** – Medical Assisting Education Review Board, 20 N. Wacker Drive, Suite 1575, Chicago, IL 60606, Telephone Number 800-228-2262. Website www.maerb.org.

**MEDICAL LABORATORY TECHNOLOGY** – (NAACLS) National Accrediting Agency for Clinical Laboratory Sciences, 5600 N River Road, Suite 720, Rosemont, IL 60018-5119, Telephone number 773-714-8880.

**PRACTICAL NURSING** — Mississippi Department of Education/Mississippi Community College Board (MCCB), 3825 Ridgewood Road, Jackson, MS 39211 (601-432-6518) and nationally accredited by the Accreditation Commission for Education in Nursing (ACEN), 3343 Peachtree Road NE, Suite 850, Atlanta, GA 30326, Telephone number 404-975-5000.

**PROCESS OPERATIONS TECHNOLOGY** - (NAPTA) North America Process Technology Alliance, 1501 N. Amburn Road, Suite 3, Texas City, TX 77591, Telephone number 910-237-9382. Website www.naptaonline.org.

**RADIOLOGIC TECHNOLOGY** — The Joint Review Committee on Education in Radiologic Technology, 20 North Wacker Drive, Suite 2850, Chicago, IL 60606-3182, Telephone number 312-704-5300.

**RESPIRATORY CARE TECHNOLOGY** - (CoARC) Commission on Accreditation for Respiratory Care, P. O. Box 54876, Hurst, TX 76054-4876, Telephone number 817-283-2835. Website www.coarc.com.

**SURGICAL TECHNOLOGY** - (CAAHEP) Commission on Accreditation of Allied Health Education Programs 1361 Park Street, Clearwater, FL 33756, Telephone number 727-210-2350 and the Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA), 6 West Dry Creek, Suite 110, Littleton, CO 80120, Telephone number 303-694-9262.

**COMPLIANCE POLICY**

Mississippi Gulf Coast Community College is an Equal Opportunity Employer and welcomes students and employees without regard to race, religion, color, national origin, sex, age or qualified disability in its programs and activities. For further information, contact the Equal Employment Opportunity Officer at a Mississippi Gulf Coast Community College Campus, Center or the District Office. Compliance is coordinated by the Associate Vice President of Administration, P.O. Box 609, Perkinston, Mississippi 39573, telephone number 601-928-6672, email address compliance@mgccc.edu.

**RELEASE OF INFORMATION**

In accordance with the Family Educational Rights and Privacy Act of 1974, as amended, this information is released on the condition that no other party will be permitted access to this information without written consent of the student.

### Mississippi Gulf Coast Community College is a multi-campus institution

| JEFFERSON DAVIS CAMPUS | JACKSON COUNTY CAMPUS | PERKINSTON CAMPUS | COMMUNITY CAMPUS/ADVANCED MANUFACTURING & TECHNOLOGY CENTER | HALEY REEVES BARBOUR MARITIME TRAINING ACADEMY |
|---|---|---|---|---|
| 2226 Switzer Road | 2300 US-90 | 51 Main Street | 10298 Express Drive | 1039 Jerry Saint Pe' Highway |
| Gulfport, MS 39507 | Gautier, MS 39553 | Perkinston, MS 39573 | Gulfport, MS 39503 | Pascagoula, MS 39568 |
| 228-896-2500 | 228-497-7620 | 601-928-5210 | 228-897-4300 | 228-935-0487 |
| GEORGE COUNTY CENTER | WEST HARRISON COUNTY CENTER | KEESLER CENTER | NAVAL CONSTRUCTION BATTALION CENTER | BRYANT CENTER AT TRADITION |
| 17260 Old 63 S | 214 Hill Street | 410 Box 575 | Building 0, Room 227 | 19530 Highway 67 |
| Lucedale, MS 39452 | Long Beach, MS 39560 | Keesler AFB, MS 39534 | Gulfport, MS 39501 | Biloxi, MS 39532 |
| 601-947-4301 | 228-868-6537 | 228-732-7188 | 228-868-3075 | 228-367-7636 |

TO TEST FOR AUTHENTICITY: Translucent globe icons MUST be visible from both sides when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document. The institutional name and the word COPY appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

Russell 0035