Mrs. Susan C. Russell
4384 Biglin Bayou Drive
Gulfport, Ms.  39507

June 19, 2018

Dr. Suzi Brown
2226 Switzer Road
Gulfport, Ms.  39507

Good afternoon, Dr. Brown:

As you know, my daughter, Maggie Russell is a SPED student at MGCCC and so I am writing this letter on her behalf.  Recently, I contacted Congressman Steven Palazzo in regards to finding out any information about the laws pertaining to SPED students with disabilities and Algebra as well as who oversees the colleges.

Enclosed is a copy of the information that Congressman Palazzo sent to me that will assist the college in considering this, my formal request to consider waiving College Algebra from Maggie's requirement for graduation and replacing it with a substitution and or a comparable course.  Maggie is a Fine Art Major who plans on becoming an art therapist and not an engineer, an astronaut, an architect, or the pursuit of any other career field that requires Algebra.

Maggie has had an IEP since before elementary school when she attended the Harrison County Child Development Center and she has been struggling with Algebra ever since its first introduction in 2nd grade.  Her disabilities include Autism/Asperger's, reading comprehension, and Algebra.  It is with courage and perseverance that Maggie was able to obtain a "regular" high school diploma despite a school system that continually demanded that she pass the Algebra SATP like students "without disabilities."  Enclosed you will find copies of Maggie's Grade Level Curriculum Test Student Reports in Math as well as the results of her Algebra SATP and the ACT. Her scores reflect minimal to basic in Algebra.

Maggie retook the Algebra SATP three times and was never able to pass the test missing by only one point on one of the three tests.  She even had the "guts" to take the ACT knowing that it had math on it other than Algebra, that she could not do.  Unfortunately, the high school was telling us that if she could pass the ACT, she would not be required to retake the Algebra SATP for a fourth time.  What the school did, in fact, was to offer Maggie false hope because there was no way she could pass the ACT.

In 2015, Biloxi High School took away Maggie's pencil and paper without consent and placed her on a "computer" to retake the Algebra SATP on the third attempt.  Two weeks before graduation in an IEP meeting with the administration, faculty, and our attorney, the Mississippi


EXHIBIT "7"

Department of Education told them that she was entitled to pencil and paper just like she had always been tested with. One week later, the law changed and students who were graduating were no longer required to pass all the core subjects. It was a miracle because the school even told us that Maggie would have to come back until she passed the Algebra SATP until age 21.

Enclosed you will find copies of Maggie's medical records from Gulf Oaks and Biloxi Regional. Maggie's journey with Algebra has been devastating and has left scars that will never fully heal or disappear. Maggie has always been a great student and any teacher at Biloxi High School and MGCCC will tell you that. It is because she is an outstanding academic student that I make this request of a waiver to prevent Maggie from suffering anymore mental anguish and heartache.

Once again, she is in the same situation as she was in high school. She is on her last semester looking at graduation and wondering how she is going to pass College Algebra when she could not pass Intermediate Algebra. I am sure you will find that her instructors at MGCCC will vouch for Maggie's work ethic...all of them.

Thank you for your time and sincere consideration in a waiver for Maggie from College Algebra and replacing it with a course that will benefit her in achieving her goal to become an art therapist.

Sincerely,

Mrs. Susan Russell