7/7/2018　　　　　　　　　　　OCR: Discrimination Complaint Form - Submission Confirmation

**48**

 **Office for Civil Rights**
**Discrimination Complaint Form**

## SUBMISSION CONFIRMATION

Your complaint with the Office for Civil Rights has been automatically forwarded to the following office for review:

Office for Civil Rights/ED　　　　　**Phone:** 214-661-9600
Dallas Office　　　　　　　　　　　**TDD:** 800-877-8339
1999 Bryan Street, Suite 1620　　　**Fax:** 214-661-9587
Dallas, Texas, 75201-6810　　　　　**Email:** OCR.Dallas@ed.gov

So that we can best assist you, we call your attention to the following:

1. If you need to communicate with OCR regarding your complaint before you are contacted directly, please do not reply to this message, which would result in your reply going to a send-only server address. Instead, please direct your correspondence to the above office at OCR.Dallas@ed.gov
2. If you need to modify or supplement your complaint, please do not use the complaint form to submit another complaint with the new information. Instead, you may simply send an email to the office that has your complaint. Filing duplicative complaints may impede our ability to review your concerns in a timely manner. (If you have a separate complaint involving other matters, you may of course use this form to submit it.)
3. Remember that before OCR can process your complaint, we must receive a signed and dated consent form. If we have not received your signed consent form within 20 calendar days of the date of this email, we will close your complaint. A copy of the Office for Civil Rights Consent Form is available for your convenience at OCR Complaint Consent Form. Please sign and date the appropriate response on the consent form and mail it to the OCR Enforcement Office at the address above. If you do not have access to a printer, please email or call the OCR Enforcement Office identified above to request a blank consent form.
4. It is recommended that you print a copy of this message and retain it for your records.

If you have not already read the following documents, they can be downloadable from the links below:

- Information About OCR's Complaint Processing Procedures
- Office for Civil Rights Notice About Investigatory Uses of Personal Information

The following information has been sent to the specified office:

### 1. Enter information about yourself.

| | |
|---|---|
| First Name: | Maggie |
| Last Name: | Russell |
| Address: | 4384 Biglin Bayou Drive |
| City: | D'Iberville |
| State: | MS |
| Zip Code: | 39540 |
| Best Time to Call You: | DAY |
| Primary Phone Number: | 228-331-0475 |
| Alternative Phone Number: | 228-209-9272 |
| Your Email Address: | maggierussell@cableone.net |

### 2. Who else can we call if we cannot reach you?

| | |
|---|---|
| Contact's Name: | Susan Russell |
| Daytime Phone Number: | 228-331-0475 |
| Relationship to you: | mother |

https://wdcrobcolp01.ed.gov/CFAPPS/OCR/validatecomplaint_mail.cfm



1/3

**Russell 0105**

7/7/2018          OCR: Discrimination Complaint Form - Submission Confirmation      **49**

help me but sent students to the math lab. I did go but I was failing. The college has ignored my documentation proving that I have been struggling with Algebra since 2nd grade. I provided them with state testing scores. I provided them with Algebra SATP score and a test that I could not ever pass. If the law in Mississippi had not changed I would not have been able to graduate. I provided them with medical documentation and still they have not responded. My Algebra instructors from high school and now my college algebra instructors would testify to my work ethic. I just cannot comprehend it and reading comprehension is part of my disability, as well as Autism/Asperger's and Algebra. The fact that they have not responded to my request I think tells me that they do not care about my disability or anybody else's because they test students with disabilities on the same number of problems as those students without disabilities and they have not responded.

Do you have written information that you think will help us understand your complaint?
No

### 7. When did the last act of discrimination occur?

Enter the date:          06/29/2018

Are you requesting a waiver of the 180-day filing time limit for discrimination that occurred more than 180 days before the filing of this complaint?
No

Reason for not filing complaint before 180 days:

### 8. What would you like the institution to do as a result of your complaint?

I would like the administration to follow the law and allow me to take another course instead of Algebra. I am a Fine Arts Major. I am not going to be an engineer, an astronaut, an architect, etc.

                           07/07/18 08:54:00 AM    96.19.143.130

U.S. Department of Education's <u>Office for Civil Rights</u> home page

### 3. Who was discriminated against?

Myself

If someone other than yourself please include:

Injured Person's Name:
Daytime Phone Number:
Evening Phone Number:
Relationship to You
(eg. son or daughter):
Injured Person's Address:
City:
State:
Zip Code:

### 4. What institution discriminated?

| | |
|---|---|
| Institution Name: | Jefferson Davis Jr. College |
| Address: | 2226 Switzer Road |
| City: | Gulfport |
| State: | MS |
| Zip Code: | 39507 |
| School or department involved: | Math/Algebra |

### 5. Have you tried to resolve the complaint through the institution's grievance process, due process hearing, or with another agency?

Yes

| | |
|---|---|
| Agency Name: | Letter of Correspondence |
| Date Filed: | 06/19/2018 |
| Current status of the complaint: | My mother submitted a letter of request on 6-19-2018 in regards to receiving a waiver, substitution, or comparable course instead of Algebra. On 6-29-2018, I Maggie Russell, added an addendum to that letter requesting the same and giving permission for my mother to act on my behalf. As of 7-7-2018 there has been no reply from the administration or from the Dean of teaching and learning, Dr. Suzi Brown. My request is based off information that I received from my Congressman Steven Palazzo, that states that I have the right to ask for a waiver from Algebra. |

### 6. Describe the discrimination

On what basis were you discriminated against?

disability;

On June 19, 2018 my mother submitted a request to Dr. Suzi Brown for a request of a wavier, substitution, or comparable course instead of taking Algebra towards graduation. On June 29, 2018, I myself submitted an addendum to that letter stating that I endorse my mother's letter of request and that I give her permission to act on my behalf. As of July 7, 2018 there has been no response from the administration or Dr. Suzi Brown. I have discussed this with my counselor Mrs. Aimee McGeehee in the enrollment center and consulted her with what other courses could be considered. She is a witness to the letters I sent to the college and as of July 7, 2018 the administration or Dr. Suzi Brown have not contacted her. I believe, because this is my last semester before graduation in Spring of 2019, that the administration is waiting for the Fall semester to start and hope that I will do well and then that will be the end of it. I only passed Intro to Algebra because the instructor Mr. McClendon allowed retests because I could never pass his tests. He allowed reteaching and retesting. I took Intermediate Algebra and failed but stated throughout the whole course with Mr. McClendon but got behind and never could pass the test. I tried to take College Algebra this summer but had to withdraw because it was too advanced and this instructor said no retests and he was not available to