# Cedric Bradley

**From:** Suzana Brown
**Sent:** Friday, October 12, 2018 6:22 AM
**To:** Russell Maggie
**Subject:** RE:

Good morning!

The descriptions are in the catalog. When you click on this link http://catalog.mgccc.edu/content.php?catoid=15&navoid=1214 you'll use the drop-down button under prefix, select CSC, and then Filter (on the right). That will filter the course offerings to help you find Visual Basic quickly. Then, you can do the same for ECO. I copied and pasted them below for your convenience.

### CSC 1213 - Visual BASIC Computer Programming I

Credit(s): 3
This course is designed to introduce the writing of event-driven programs using the Visual Basic computer programming language with emphasis on problem solving, documentation, program statements, algorithms, and common routines. Course has lecture with integrated lab components. Prerequisite: a) minimum ACT score of 19 on the math component, b) credit for MAT 1313, or c) permission of the instructor. (3,3,0)

### ECO 2113 - Principles of Macroeconomics

Credit(s): 3
The study of a nation's economy to include the following topics: supply and demand, production possibilities, monetary and fiscal policies, factors of production, GDP/business cycles and economic growth, circular flow of market economies. (3,3,0)

Let me know if you have any other questions.

All the best,



Suzi Brown, Ph.D.
*Dean of Instruction*
Jefferson Davis Campus
2226 Switzer Road
Gulfport, MS  39507
Office:  228.896.2506
Fax:  228.897.3972
suzana.brown@mgccc.edu

**From:** Russell Maggie <mrusse14@bulldogs.mgccc.edu>
**Sent:** Thursday, October 11, 2018 9:05 PM
**To:** Suzana Brown <suzana.brown@mgccc.edu>
**Subject:**



Good evening Dr. Brown,

I was trying to find the course description for the Visual Basic Programming class and for Economics class. I cannot find it on the website. Could you help me find it?

Thank you!

Maggie Russell