EXHIBIT "12"

**Cable One Webmail**                                   susanrussell@cableone.net

**RE: Maggie & Susan/MGCCC**

From : Nydick, Craig <Craig.Nydick@ed.gov>                Thu, Oct 11, 2018 09:39 AM
Subject : RE: Maggie & Susan/MGCCC                        5 attachments
    To : Susan Russell <susanrussell@cableone.net>
    Cc : Maggie Russell <maggierussell@cableone.net>

Hello Susan,

MGCCC is not asking Maggie to take multiple courses. Rather, it is giving her four options for meeting the graduation requirement. Two options are one course (options A and D), and two options are a two course cycle (options B and C). It is up to Maggie select an option (i.e., MGCCC is not telling Maggie which option she must select).

MGCCC's legal requirement is to provide a reasonable alternative to her college algebra requirement. The agreement the College entered into with OCR ensures they meet their legal requirement.

Maggie, if you have any additional questions, feel free to contact me any time.

Thank you

Craig

—
**Craig Nydick**
Civil Rights Attorney

U.S. DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, DALLAS OFFICE
1999 BRYAN STREET, SUITE 1620, DALLAS, TEXAS 75201-6810
DIRECT PHONE: 214.661.9622 | MAIN OFFICE FAX: 214.661.9587
craig.nydick@ed.gov | OCR WEBSITE



OCR Communications Notice: OCR is committed to providing the public, including students, parents, educators, representatives of school districts, colleges and universities, and other interested persons, with information about the civil rights laws OCR enforces. In responding to correspondence, OCR provides customers with general, publicly-available information about a wide variety of civil rights issues in the education context. However, OCR does not provide legal or other advice or issue advisory opinions to customers concerning specific