

# DISABILITY RIGHTS MISSISSIPPI
Protection and Advocacy for Individuals with Disabilities

Dr. Suzi Brown
Mississippi Gulf Coast Community College
2226 Switzer Road
Gulfport, Mississippi 39507

RE:   Maggie Russell

December 6, 2018

Dear Dr. Brown,

I am writing on behalf of our client, Maggie Russell, regarding the Resolution Agreement ("Agreement") proffered by Mississippi Gulf Coast Community College ("MGCCC") and the department of the Office of Civil Rights (OCR") on or around November 11, 2018.

As you are aware, Ms. Russell has faced significant challenges in completing her education at MGCCC and, as I understand it, the Agreement is an effort to assist her moving forward. Upon my review of this document, it has come to my attention that Ms. Russell was provided two options which will allow her to complete the necessary requirements in her pursuit for her degree. Further, Ms. Russell has expressed that she would be able to complete Choice B as outlined in the agreement which includes completion of Visual Basic Programming, Physical Science I (which she has already completed), and Economics.

It is Ms. Russell's intent to enroll in Economic in the spring 2019 semester which would satisfy all elements of Choice B. I believe that you have been informed of this decision via electronic mail; however, no confirmation of this selection has been relayed to Ms. Russell or her parent.

Please provide written confirmation that this selection is sufficient and in compliance with your understanding of the Agreement. We would appreciate such documentation to be sent on or before December 21, 2018. This would allow Ms. Russell to complete all necessary requirements for graduation in May 2019 without any apprehension that she would fall short of that goal. I appreciate your cooperation with this request. If you have


EXHIBIT "14"

5 Old Rive Pl, Ste 101, Jackson MS 39202
Phone: (601) 968-0600       Fax: (601) 968-0665       www.drms.ms



# DISABILITY RIGHTS MISSISSIPPI
Protection and Advocacy for Individuals with Disabilities

any further questions or concerns, please feel free to contact me or Ms. Russell's advocate, Rebecca Warren.

Thank you,

Greta Martin
Litigation Director
Disability Rights Mississippi

cc:  Dr. Mary Graham, President
     Client

5 Old Rive Pl, Ste 101, Jackson MS 39202
Phone: (601) 968-0600      Fax: (601) 968-0665      www.drms.ms