Mary S. Graham, President
www.mgccc.edu



Supported by Harrison, Stone,
Jackson and George Counties

*"Making a positive difference..."*

Greta Martin
Litigation Director
Disability Rights Mississippi
5 Old Rive Pl, St 101
Jackson, MS 39202

RE: Maggie Russell

December 13, 2018

Dear Ms. Martin,

The college is in receipt of your letter dated December 6, 2018 regarding Ms. Maggie Russell and the Resolution Agreement (Agreement) entered into by Mississippi Gulf Coast Community College (MGCCC) and the U.S. Department of Education, Office for Civil Rights (OCR), Dallas Office on November 10, 2018.

Within your correspondence, you indicate that it is your understanding that the Agreement is an effort to assist Ms. Russell moving forward and that two options were provided to Ms. Russell that would allow her to complete the necessary requirements for her degree. You are correct, the Agreement is an effort assist Ms. Russell in completing her degree at MGCCC. However, please be advised that as indicated via letter, dated October 4, 2018, and sent to Ms. Russell, via certified mail (signed received on October 12, 2018) and also emailed to Ms. Russell on October 10, 2018, the Agreement provides four possible options which would allow Ms. Russell to complete her degree requirements, not two options as indicated in your correspondence.

Further, within your correspondence, you indicate that Ms. Russell has expressed that she would be able to complete Choice B, as outlined in the agreement, which includes completion of Visual Basic Programming, Physical Science I, and Economics and that you believed that MGCCC had been informed of this decision via electronic mail. You are correct that Choice B, consisting of a Visual Basic Programing, Physical Science I, and Economics, is an option outlined in the Agreement. However, please be advised that at no point in time, prior to your letter, has the college been informed that Ms. Russell desired to pursue this option.

Community Campus/ Advanced Manufacturing and Technology Center
10298 Express Drive
Gulfport, MS 39503
228-897-4360

Jackson County Campus
Highway 90 Vancleave Rd.
P.O. Box 100
Gautier, MS 39553
228-497-9602

Jefferson Davis Campus
2226 Switzer Rd.
Gulfport, MS 39507-3896
228-896-3355

Keesler Center
P.O. Box 5008
Keesler AFB, MS 39534
228-432-7198

West Harrison County Center
21500 B Street
Long Beach, MS 39560
228-868-6057

Perkinston
Highway
P.O. B
Perkinston,
601-92

EXHIBIT "15"

MGCCC will consider your December 6, 2018 correspondence, on behalf of Ms. Russell, as the required written communication indicating that Ms. Russell intends to pursue Choice B. MGCCC will honor the sequence of courses in Choice B to meet degree requirements and honor the additional Agreement language that is offered to assist Ms. Russell in successfully completing the sequence of courses.

As you are aware, Ms. Russell has completed Physical Science I. Our records indicate that Ms. Russell is currently registered for Economics for the upcoming spring 2019 term. However, in your letter you indicate that her intent is to enroll in Economics in the spring 2019 which would satisfy all elements of Choice B. This is not correct, as our records indicate that Ms. Russell neither has taken nor is enrolled in Visual Basic Programing for spring 2019. Thus, not all necessary requirements would be satisfied for graduation in May 2019. Should Ms. Russell desire to enroll in Visual Basic Programming in the spring 2019 semester so that the requirements can be met for a May 2019 graduation, MGCCC will assist her in registration for the course. The college will reopen following scheduled holidays on January 7, 2019 with classes beginning on January 14, 2019; Ms. Russell may come to the campus for registration assistance at her convenience during that time.

Thank you for assisting MGCCC as we strive to ensure the success of all of our students.

Sincerely,

Jason V. Pugh, Ph.D.
Executive Vice President, Administration and Finance