**Cedric Bradley**

| | |
|---|---|
| **From:** | Cedric Bradley |
| **Sent:** | Tuesday, May 7, 2019 2:18 PM |
| **To:** | Jason Pugh |
| **Cc:** | Renee Box |
| **Subject:** | Information for Maggie Russell |
| **Attachments:** | Maggie Russell Spring 2019 transcript.pdf; Maggie Russell QNOMY Dates.docx |

Good afternoon, Dr. Pugh,

I'm providing information concerning Maggie Russell. This includes the following:
1) Transcript that shows her grade of A for the Principles of Macroeconomics courses for the Spring 2019 semester (Attached)
2) Information from Dr. Joan Haynes about the accommodations from the Spring 2019 semester as well as QNOMY information that shows when Maggie visited with Aimee McGehee (Message below).
3) A statement that details what Aimee McGehee was told by Maggie and her mom concerning Maggie's plans for future semesters at MGCCC (Message below).

2) **Information from Dr. Joan Haynes**
One of Maggie's accommodations was preferential seating – Response: Maggie was able to sit in any seat that she desired in the class. She sat in the front row in the middle of the classroom for the entire semester.
One of Maggie's accommodations was allow use of calculator – Response: Maggie was able to use a calculator on all assignments and tests.
One of Maggie's accommodations was provide instructor's notes – Response: Maggie was provided with instructor notes for each chapter via Canvas.
One of Maggie's accommodations was extended time-quiz/test 1.5 – Response: Maggie was provided with extended time for her quizzes/tests; however, she was able to complete all assignments prior to the regular allotted time.
Additional information from Dr. Haynes: Maggie made at least a 100 on every assignment with the exception of one, in which she made a 93. Her final score in the class was a 101.6.

3) **Statement about Maggie's plans for future semesters at MGCCC**
On April 30, Maggie Russell and her mom Susan Russell stopped by Aimee McGehee's office to ask about graduation. Aimee let them know that Maggie had not met graduation requirements and asked if she could assist Maggie with getting registered for the fall. Aimee was then told by the Russells that Maggie will no longer take any courses at Mississippi Gulf Coast Community College and that she would be transferring to William Carey University in Fall 2019.

Thanks,



Cedric A. Bradley, Ph.D.
Vice President
Jefferson Davis Campus
2226 Switzer Rd.
Gulfport, MS 39507

1


EXHIBIT "16"