

## Dr. Donna Burrowes

September 17, 2022

RE: Maggie Russell
Date of Birth: July 9, 1997

This letter provides treatment summary and recommendations for Maggie Russell, as requested and authorized per FERPA/HIPAA Consent signed on November 17, 2022.

Maggie has been in treatment with undersigned for symptoms of depression, anxiety, and social-emotional challenges related to her previous diagnoses of Autism Spectrum Disorder, Posttraumatic Stress Disorder, Major Depressive Disorder, and ongoing learning challenges (dyscalculia). Maggie's adaptive and social functioning are significantly lower than what would be expected for her age and she has difficulties with carrying out instructions and with appropriate social responses.

Public settings and different aspects of everyday life cause debilitating anxiety and exacerbate problems with information processing. Maggie, like most individuals with Autism, is prone to becoming significantly stressed and overwhelmed when faced with certain situations and topics, which triggers the nervous system's fight/flight/freeze mode and makes her unable to process information and respond effectively due to the decrease in cognitive functioning this causes. She already has great of difficulty performing tasks and is inefficient in many settings, and this is amplified when put on the spot and when asked multiple questions.

Further, being questioned in front of others in an inherently stressful situation, such as a court /legal setting, would cause significant emotional distress and functional impairment; which is contraindicated for treatment and not recommended.

Thank you for your consideration and assistance with this treatment request.

Very Respectfully,

*Donna M Burrowes*

DONNA M. BURROWES, Psy.D., ABPP
Clinical Psychologist, Child & Adolescent

9480 Three Rivers Road
Gulfport, MS 39503
228-337-0084



Russell 0083



**Bridgewater Psychiatry**
8990 Lorraine Road
Gulfport, MS 39503
Phone: (228) 331-3310
Fax: (228) 284-1608

May 8, 2019

SUBJECT: Treatment Summary Letter- Maggie Russell (DOB: 07/09/1997)

To Whom It May Concern,

This letter is released to Maggie Russell (DOB: 07/09/1997) and her parent/guardian and is to be used at her/their discretion. Maggie Russell has been in treatment at Bridgewater Psychiatry since March 2017 for symptoms of Post-traumatic Stress Disorder (PTSD) and depression. She was had previously been diagnosed with Autism Spectrum Disorder (ASD) and Learning Disability during childhood. Treatment has focused on cognitive-behavioral therapy (CBT) skills for decreasing anxiety and depressive symptomatology and working toward long term goals and valued activities. Maggie has consistently attended therapy sessions and has demonstrated understanding and use of skills; however, her progress is negatively impacted by environmental stressors, particularly as it pertains to her learning challenges. She has been more tearful and reports feeling "defeated," "incapable" and "hopeless" in sessions and symptomatology has increased in frequency and intensity since being told she would not be able to graduate with her Associates in Arts (AA) degree due to her inability to successfully complete college algebra requirements.

Diagnoses: Autism Spectrum Disorder, level 1; Post-traumatic Stress Disorder (PTSD); Major Depressive Disorder, recurrent, moderate.

Sincerely,

DR. DONNA BURROWES, PsyD, ABPP
Clinical Psychologist 55-988

<div style="border:1px solid black; padding:10px;">
## DONNA M. BURROWES, PsyD, ABPP
Psychological Evaluation
CONFIDENTIAL
</div>

**Name:** Maggie Russell
**DOB:** 07/09/1997
**DOE:** 12/04/2019
**Age:** 22 years
**Examiner:** Donna M. Burrowes, Psy.D., ABPP
Clinical Psychologist, Child & Adolescent

**REASON FOR REFERRAL:** Maggie self-referred for neuropsychological evaluation to identify executive functioning and learning strengths and weaknesses and recommendations in the context of her history of academic challenges.

## BACKGROUND INFORMATION AND SOCIAL HISTORY

Maggie is a 22 year old woman who lives with her parents and is a talented artist. She has a history of depression, anxiety, and learning challenges and was diagnosed with Autism Spectrum Disorder when she was 3 years old. Maggie received academic accommodations via an Individualized Education Plan (IEP) throughout primary school and graduated from Biloxi High. She took classes for an associates degree in art at the Mississippi Gulf Coast Community College Jefferson Davis campus (MGCCC-JD) from 2015-2019 and although she completed the required credit hours, the school did not award her degree due to her inability to pass college algebra, despite multiple attempts. She reported experiencing similar challenges in high school and had to take state testing multiple times before finally getting the score needed to pass the math portion and receive her diploma. She described math as "alphabet soup" and said it does not make sense to her, even when others try to explain it, and the numbers get mixed up.

Maggie was diagnosed with chronic depression when she was 16 and has received treatment since to include outpatient therapy and psychotropic medication management. She also has a history of trauma and was diagnosed with and treated for post traumatic stress disorder (PTSD) in 2017.

## TESTS ADMINISTERED

I, Dr. Donna Burrowes, provided 4 hours of record review, face to face time administering tests and interviewing patient and parent, interpreting the test results and preparing the report.

Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)-The WAIS-IV is a standardized measure of cognitive ability. The WAIS-IV has 10 core subtests which make up four index scores, including the Verbal Comprehension Index (VCI), the Perceptual Reasoning Index (PRI), the Working Memory Index (WMI), and the Processing Speed Index (PSI).

> **DONNA M. BURROWES, PsyD, ABPP**
> Psychological Evaluation
> CONFIDENTIAL

Wechsler Individual Achievement Test, Third Edition (WIAT-III). The WIAT –III measures achievement of general academic skills in the areas of math, reading, spelling, and writing. Standard scores and percentile equivalents are generated, comparing performance to same aged children.

## TEST RESULTS.
### COGNITIVE FUNCTIONING

Maggie was administered the WAIS-IV to assess her general thinking and reasoning abilities. Her overall cognitive abilities were found to be in the Low Average range (FSIQ = 84, 14th percentile). There was variability in her performances across subject areas; therefore, it is more important, and diagnostically meaningful, to examine her subtest scores and strengths and weaknesses independently.

Verbal comprehension abilities were in the Average Range (VCI = 102, 55th percentile) on tasks that involve understanding verbal information, thinking and reasoning and expressing thoughts in words and this is a relative strength for her compared to other areas. Maggie's expressive vocabulary and word knowledge (vocabulary) was at the 75th percentile. Her ability to see relationships between things and ideas, and categorization into logical groups (similarities) was at the 50th percentile, and her general factual knowledge (information) was at the 37th percentile, all are on track for her age.

Maggie's performance on tasks involving auditory and visual working memory and attention were in the Low Average range (WMI = 83, 13th percentile). There was variation in her performances, particularly on the arithmetic subtest, which was negatively impacted by her challenges with mathematic calculations. Due to this, the alternative Letter-Number Sequence subtest was substituted to gain a more accurate assessment of her working memory skills. Her performance on a task requiring rote and active working verbal memory when asked to recall digits forward and backward (digit span) was congruent with her performance on a task that required her to hold information in memory and manipulate it (letter-number sequencing), both at the 16th percentile. In contrast, her performance on the arithmetic subtest was at the 5th percentile.

Maggie's ability to automatically perform cognitive tasks, particularly when under time pressure to maintain focus, was also in the Low Average range (PSI =84, 14th percentile). Her performance on a task requiring her to quickly and accurately reproduce visual details with paper and pencil, a task requiring psychomotor speed, focused attention, and immediate visual memory (coding) was at the 25th percentile, and her performance on a visual scanning and recognition task with reduced visual-motor demands (Symbol Search) was at the 9th percentile. Performance on the Coding test may be thought of as a representation for one's ability to transcribe notes in class, whereas Symbol Search is more reflective of one's ability to take a timed multiple choice test.

**DONNA M. BURROWES, PsyD, ABPP**
Psychological Evaluation
CONFIDENTIAL

Maggie's nonverbal perceptual reasoning skills were in the Borderline range and represents a weakness for her compared to other areas (FRI = 77, 6th percentile). Her performances on tasks requiring integration of abstract designs and spatial relationships with colored blocks (block design), analyzing and synthesizing abstract visual material under time pressure (visual puzzles) and fluid and spatial reasoning, perceptual organization, and simultaneous processing tasks (matrix reasoning) were each at the 9th percentile. Due to her reported mathematical challenges, the supplemental figure weights subtest was administered, as this is a measure of quantitative reasoning, which is most closely related to one's mathematical capabilities. Her performance on this subtest was at the 5th percentile.

## ACADEMIC
### Math

Maggie's mathematical ability was assessed using the Math Problem Solving, Numerical Operations, and Math fluency subtests of the WIAT-III. For the Math Problem Solving subtest Maggie was asked to solve a series of increasingly-difficult applied mathematical problems presented both orally and through supporting images. Her performance was well below the expected range given her age and cognitive abilities assessed on the WAIS-IV (1st percentile). She was able to order and compare numbers, interpret graphs, measure objects, interpret a number line and calendar and complete number patterns and displayed an understanding of money and time values. She had more difficulty with problems that require her to identify place value, make fractions, and with single operation word problems.

For the Numerical Operations subtest Maggie was asked to solve a series of increasingly-difficult numerical operations on paper. Her performance was at the 10th percentile. She was able to correctly perform addition problems with up to 3 digit numbers as well as single digit subtraction problems. She had difficulty with subtraction problems with two to three-digit numbers and with multiplying single and 2-digit numbers. In addition, she was unable to complete long division problems, add integers, or solve 2-step equations. Her math composite score was at the 3rd percentile.

For the math fluency subtests, Maggie was asked to complete as many single digit addition problems as she could in 1 minute. This was repeated for subtraction and multiplication problems. Her performance was at the 1st percentile for addition fluency, at the 5th percentile for subtraction, and at the 13th percentile for multiplication. Her performance on all 3 of these subtests was at the 4th percentile.

## SUMMARY OF TEST SCORES

The measures that were administered yield standard scores and scale scores. Standard scores (SS) have a mean of 100 (SD = 15), with scores generally corresponding to the following ranges: Extremely Low < 69, Borderline = 70-79, Low Average = 80-89, Average = 90 - 109, High Average = 110-119, and Superior = 120+. Scale scores (ss) have a mean of 10 (SD = 2), with scores of 8-12 falling the average range.


3 of 5

**DONNA M. BURROWES, PsyD, ABPP**

Psychological Evaluation

CONFIDENTIAL

## WECHSLER ADULT INTELLIGENCE SCALE, FOURTH EDITION (WAIS-IV)

**Index Scores (Average 90-109)**

| Composite Index | Composite Score | Percentile Rank |
|---|---|---|
| Verbal Comprehension | 102 | 55th |
| Perceptual Reasoning | 77 | 6th |
| Working Memory | 83 | 13th |
| Processing Speed | 84 | 14th |
| Full Scale | 84 | 14th |

**Subtests Scores (Average 8-12)**

| Verbal Comprehension Subtests | SS | Percentile Rank |
|---|---|---|
| Similarities | 10 | 50th |
| Vocabulary | 12 | 75th |
| Information | 9 | 37th |
| **Perceptual Reasoning Subtests** | | |
| Block Design | 6 | 9th |
| Matrix Reasoning | 6 | 9th |
| Visual Puzzles | 6 | 9th |
| (Figure Weights) | 5 | 5th |
| **Working Memory Subtests** | | |
| Digit Span | 7 | 16th |
| Arithmetic | 5 | 5th |
| (Letter-Number Sequencing) | 7 | 16th |
| **Processing Speed Subtests** | | |
| Symbol Search | 6 | 9th |
| Coding | 8 | 25th |

## WECHSLER INDIVIDUAL ACHIEVEMENT TEST, THIRD EDITION (WIAT-III)

(Mean= 100; Standard Deviation= 15)
Math Problem Solving = 63, 1st percentile
Numerical Operations = 81, 10th percentile
Math Fluency-Addition = 67, 1st percentile
Math Fluency-Subtraction = 76, 5th percentile
Math Fluency-Multiplication = 83, 13th percentile
Mathematics Composite SS = 71, 3rd percentile
Math Fluency Composite SS = 74, 4th percentile

**DONNA M. BURROWES, PsyD, ABPP**
Psychological Evaluation
CONFIDENTIAL

## IMPRESSION

In summary, from a psychological perspective, Maggie is a 22 year old woman with a history of depression, anxiety, and learning challenges, seen for neuropsychological evaluation to identify strengths and weaknesses and recommendations. Throughout the evaluation, Maggie was cooperative and engaged during tasks and, as such, the findings are viewed as a reliable and valid reflection of her current functioning.

Cognitive testing indicated some variation in her abilities with relative strength in her verbal resining and relative weakness in her perceptual reasoning compared to other areas. Academic assessments revealed significant weakness in Maggie's mathematical skills compared to same age peers and her overall cognitive capabilities.

Taken together, Maggie's history and current findings are consistent with a diagnosis of a Specific Learning Disorder with impairment in mathematic skills (formerly referred to as Dyscalculia). Individuals with this type of learning disability have difficulty understanding and organizing math symbols and numbers, which in turn, leads to challenges comprehending word problems, following mathematical operations, and recognizing addition, subtraction, and multiplication patterns and fractions.
https://ldaamerica.org/types-of-learning-disabilities/dyscalculia/

Finally, Maggie has many strengths, including her intact verbal reasoning, her friendly and easygoing nature, a desire to succeed, and a very caring, supportive family willing to advocate for her needs to ensure success.

## EVALUATION RESULTS

Per Diagnostic and Statistical Manual, Fifth Edition (DSM-5)
**315.1 Specific Learning Disorder with impairment in math skills**
**299.0 Autism Spectrum Disorder, level 1**

## RECOMMENDATIONS

1. Given that Maggie is an adult and no longer in primary school, academic should focus on utilizing her strengths for the visual arts and it is recommended that any mathematic instruction be geared toward skills necessary for independent living (money, time, scheduling).
2. Learning strategies that will likely be most effective for Maggie include:
- Using active verbalization memory approaches, such as mnemonics to learn steps and concepts
- Allowing her to verbally explain concepts instead of requiring written responses and calculations
- Use of colored pencils and drawing pictures for concepts in lieu of word problems

*Donna M Burrowes*

Donna Burrowes, PsyD, ABPP
Clinical Psychologist

5 of 5