In order to receive an Associate of Arts degree from Mississippi Gulf Coast Community College, a student must successfully complete 60 semester hours of coursework with a 2.0 minimum GPA. Three hours of this coursework must include College Algebra (MAT 1313/1314) or higher.

**Student Learning Outcomes**
The primary learning outcomes addressed in College Algebra are as follows:
1) Simple Equations and Inequalities
2) Graphs and Functions
3) Systems of Equations

To date, Maggie Russell has successfully completed courses that address the outcomes of simple equations, graphs, and functions.
1) Physical Science Survey I (PHY 2244), which addresses simple equations and functions
2) Principles of Macroeconomics (ECO 2113), which addresses elements of graphing

The student learning outcomes that remain are systems of equations and inequalities.

**Additional Option to Meet Required Learning Outcomes**
College Teaching and Learning staff have once again reviewed the College's curricula and resources in search of options whereby Ms. Russell may meet all of the degree requirements for the Associate of Arts degree. Upon review, the college has found that since the last series of options were presented to Ms. Russell, that the college has begun using, late in 2020, the software program Essential Education. The software has the ability to provide customizable lessons for all levels of instruction to students. With this software, students have the opportunity to go through customized lessons more than once to help them understand the desired skill. When students earn a score of 80%, they have passed the section and are prepared for testing on the skill.

The college is prepared to utilize the aforementioned software to customize lessons that will meet the required student learning outcomes that Ms. Russell needs in order to obtain her degree. Upon mastery of the 80% within the software, the college will utilize its Credit by Departmental Exam procedures whereby a test will be created that must be passed in order to have met the required student learning outcomes.

The college respectfully requests that if Ms. Russell chooses to pursue this option to obtain her degree, that she begins the process within the Fall 2022 semester with a goal of completion no later than May 1, 2023.

**Additional Support**
If Ms. Russell chooses the above presented option, the College will provide the option at no cost, will abide by reasonable ADA accommodation requests as it has done so in the past, and will provide additional learning support and software-use support via its Learning Lab, which is staffed with full-time instructors who have Master's degrees in their respective subject areas.

