## Hunter Salamone

| | |
|---|---|
| **From:** | Suzana Brown |
| **Sent:** | Friday, January 11, 2019 8:11 AM |
| **To:** | Rebecca Warren |
| **Cc:** | Jason Pugh; Cedric Bradley |
| **Subject:** | RE: re M.Russell |

Ms. Warren,

Thank you for your email. Ms. Russell will have tuition and fees associated with the credit hours of the Visual Basic Programming class waived, as long as the course is completed by December 31, 2019.

As per the December 13, 2018 letter, Ms. Russell will have permission to enroll in the Visual Basic Programming class. She will also have access to our learning lab, in which she will have free tutoring services, and may request extended time on tests, assignments, etc. as needed.  We look forward to continuing to work with Ms. Russell as she begins her spring semester.

Sincerely,



**Suzi Brown, Ph.D.**
*Dean of Instruction*
**Jefferson Davis Campus
2226 Switzer Road
Gulfport, MS  39507
Office:  228.896.2506**
Fax:  228.897.3972
suzana.brown@mgccc.edu



an area proven to be so difficult in light of her documented disabilities? We are not asking for an automatic pass, but assurances of needed accommodations and modifications.

I look forward to your prompt replay and hope for a successful year for all MGCCC students.

Rebecca Warren

On 1/8/2019 2:19 PM, Suzana Brown wrote:

> Ms. Warren,
>
> After receipt of your email on 1/7/2019 regarding Ms. Russell, the college has researched the items that you present. Regrettably, the email that Ms. Russell received indicating that she had met graduation requirements was in error. In order to be awarded a degree from the college, Ms. Russell will need to follow the guidelines and arrangements noted in the December letter.
>
> Further, as agreed upon, Ms. Russell will not be charged for the Economics class that she has enrolled in for the spring 2019 semester, nor for the required Visual Basic Programming course, when she elects to enroll in that course. Her account has been adjusted to remove the cost of the economics class. Our records do not indicate that Ms. Russell has made any payments specific to the economics class at this time and that she has a pending balance from the fall 2018 semester.
>
> On behalf of the college, we do apologize for the erroneous notification of having met graduation requirements. We look forward to continuing to work with Ms. Russell as she begins her spring semester. Please contact me if I may be of further assistance.
>
> Sincerely,
>
> 
> Mississippi Gulf Coast Community College
>
> **Suzi Brown, Ph.D.**
> *Dean of Instruction*
> **Jefferson Davis Campus**
> **2226 Switzer Road**
> **Gulfport, MS  39507**
> **Office:  228.896.2506**
> **Fax:  228.897.3972**
> suzana.brown@mgccc.edu
>
> ---
>
> **From:** Rebecca Warren <rwarren@drms.ms>
> **Sent:** Monday, January 07, 2019 3:41 PM
> **To:** Suzana Brown <suzana.brown@mgccc.edu>; maggierussell@cableone.net; Greta Martin <gmartin@drms.ms>; Susan Russell <susanrussell@cableone.net>
> **Subject:** re M.Russell
>
> Dear Dr. Brown,

2

My name is Rebecca Warren and I am the Advocate working on behalf of Maggie Russell. I am requesting clarification of an email she received just prior to the end of the Fall Semester. It was unsigned, and when I replied to it, it came back as "undeliverable". Your message to wf@mgccc.edu couldn't be delivered.]

[ wf wasn't found at mgccc.edu.]

This was the message it contained: Greetings from MGCCC,

Your application for graduation has been processed and your degree evaluation has been completed. You have completed all necessary coursework to receive an Associate of Arts degree and will be awarded at the end of the Fall 2018 term. Once awarded, your degree will reflect on your transcript which may be viewed in your Web Services account under 'Academic Transcript Display.'

Thank you for choosing Mississippi Gulf Coast Community College!

So perhaps you can relate to our frustration at the incongruity between this message and the response our attorney received to her letter from Dec. 6, 2018, a week earlier. And considering the parent has already paid over $600 for the Economics course set to start in a couple of days.

Since 'Time is of the Essence', so to speak, please contact us immediately to verify, in writing that Ms Maggie Russell has indeed completed her requirements for her AA degree and when she can expect to receive it. Also, what does Ms Russell need to do to recoup payment for the Economics class that Maggie no longer requires?

I look forward to hearing from you in a timely manner.

Sincerely,

Rebecca Warren M.Ed.

Civil Rights Advocate